UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELVIN KEITH HOOKS, | Case No. CV 15-00325 BRO (RAO) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| DAVID LONG, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: October 27, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE